UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| CLEATTE HUSKEY,<br><br>          Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security<br>Administration,<br><br>          Defendant. | ) Civil Action Number: 5:20-cv-00141-JMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this 4th day of September, 2020, upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby ORDERED that Defendant's Motion is GRANTED. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

                                                    s/J. Michelle Childs
                                                    J. Michelle Childs
                                                    United States District Judge

Columbia, South Carolina